UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE: Bryan S. Buchert | CASE NO: 16-22257-gmh |
| | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |
| | ECF Docket Reference No. |
| | Judge: Honorable G. Michael Halfenger |
| | Hearing Location: US Courthouse 517 E. Wisconsin Ave. Room 133 Milwaukee WI 53202 |
| | Hearing Date: 4/12/2016 |
| | Hearing Time: 2:30 PM |
| | Response Date: 4/8/2016 |

On 3/22/2016, I did cause a copy of the following documents, described below,

Motion to Continue the Automatic Stay,

Notice of Motion to Continue the Automatic Stay

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 3/22/2016

/s/ Anton B. Nickolai
Anton B. Nickolai  1060676
Nickolai & Poletti LLC
308 Milwaukee Avenue
Burlington, WI  53105
262 757 8444
anton@nickolailaw.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE: Bryan S. Buchert | CASE NO: 16-22257-gmh |
| | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING** |
| | Chapter: 13<br>ECF Docket Reference No.<br>Judge: Honorable G. Michael Halfenger<br>Hearing Location: US Courthouse 517 E. Wisconsin Ave. Room 133 Milwaukee WI 53202<br>Hearing Date: 4/12/2016<br>Hearing Time: 2:30 PM |

On 3/22/2016, a copy of the following documents, described below,

Motion to Continue the Automatic Stay,

Notice of Motion to Continue the Automatic Stay

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/22/2016

/s/ Jay S. Jump
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Nickolai & Poletti LLC
Anton B. Nickolai
308 Milwaukee Avenue
Burlington, WI 53105

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

*CASE INFO*

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>0757-2<br>CASE 16-22257-GMH<br>EASTERN DISTRICT OF WISCONSIN<br>MILWAUKEE<br>TUE MAR 22 10-04-08 CDT 2016 | ASSOCIATED BANK<br>200 N ADAMS ST<br>GREEN BAY WI 54301-5174 | ATTORNEY GERALDINE JOHNSON<br>JOHNSON LAW OFFICES SC<br>2400 E. BRADFORD AVENUE SUITE 303<br>MILWAUKEE WI 53211-4166 |
| AXCSSFNCNGO<br>7755 MONTGOMERY RD STE 4<br>CINCINNATI OH 45236-4291 | CAP ONE<br>26525 N RIVERWOODS BLVD<br>METTAWA IL 60045-3440 | CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| CASHNETUSA<br>PO BOX 643990<br>CINCINNATI OH 45264-0309 | CHASE AUTO<br>PO BOX 901003<br>FT WORTH TX 76101-2003 | CHASECIRCUITCITY<br>PO BOX 15298<br>WILMINGTON DE 19850-5298 |
| CHRYSLER CAPITAL<br>PO BOX 961275<br>FORT WORTH TX 76161-0275 | COMENITY BANKAMERICAN<br>PO BOX 182789<br>COLUMBUS OH 43218-2789 | DANIEL CARMODY<br>5803 GLEN HAVEN DRIVE<br>GREENDALE WI 53129-1519 |
| ENHANCED RECOVERY CO L<br>8014 BAYBERRY RD<br>JACKSONVILLE FL 32256-7412 | EOS CCA<br>PO BOX 981025<br>BOSTON MA 02298-1025 | GM FINANCIAL<br>PO BOX 181145<br>ARLINGTON TX 76096-1145 |
| GET IT NOW LLC<br>5501 HEADQUARTERS DR<br>PLANO TX 75024-5837 | LANDMARK CREDIT UNION<br>P O BOX 510870<br>NEW BERLIN WI 53151-0870 | OAC<br>PO BOX 371068<br>MILWAUKEE WI 53237-2168 |
| OFFICE OF THE U. S. TRUSTEE<br>517 EAST WISCONSIN AVE.<br>ROOM 430<br>MILWAUKEE WI 53202-4510 | SECURITY<br>PO BOX 811 CONSUMER VERIFICATION<br>SPARTANBURG SC 29304-0811 | SPRINGLEAF FINANCIAL SERVICES<br>P O BOX 3251<br>EVANSVILLE IN 47731-3251 |
| SYNCBSAMS CLUB<br>PO BOX 965005<br>ORLANDO FL 32896-5005 | TNB - TARGET<br>PO BOX 673<br>MINNEAPOLIS MN 55440-0673 | WI ELECTRIC<br>333 W EVERETT POB 2046<br>MILWAUKEE WI 53201-2046 |
| WISCONSIN ELECTRIC POW<br>231 W MICHIGAN ST # A130<br>MILWAUKEE WI 53203-2918 | *EXCLUDE*<br>~~ANTON B. NICKOLAI~~<br>~~NICKOLAI & POLETTI LLC~~<br>~~308 MILWAUKEE AVENUE~~<br>~~BURLINGTON WI 53105-1229~~ | *EXCLUDE*<br>~~BRYAN S. DUCHERT~~<br>~~N6753 CLUBHOUSE DRIVE~~<br>~~ELKHORN WI 53121-3452~~ |

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

    EXCLUDE

    MARY B. GROSSMAN
    CHAPTER 13 TRUSTEE
    P.O. BOX 510920
    MILWAUKEE WI 53203-0161
```