UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: ) | |
| ) | Case No. 16-22257-gmh |
| BRYAN S. BUCHERT, ) | Chapter 13 |
| ) | |
| Debtor. ) | |

**DEBTOR'S DECLARATION IN SUPPORT OF
MOTION TO CONTINUE THE AUTOMATIC STAY**

The debtor, Bryan S. Buchert, declares and states as follows:

1. The above-captioned case was filed on March 16, 2016.

2. On June 30, 2015, I filed Chapter 13 Case No. 15-27739 in this district. This case was dismissed on January 26, 2016.

3. During the course of my last case, in or around July 2015, I underwent an unexpected medical procedure which caused me to miss approximately one whole month of work.

4. Missing this month of work caused me to fall behind in several different payment obligations, including child support. My monthly child support obligation is over $1,100.

5. Due to the tight nature of my budget, I was unable to get caught up on my post-filing child support during the course of my last case. Because I was not current on post-filing child support obligations, my plan could not be confirmed and my case was dismissed.

6. I am now back at work and in good health, and I am able to commence and maintain all required payments in this case.

7. I am current on child support since the filing of this current case.

8. Additionally, my employment income is higher now than it was in my last case.

9. Additionally, my divorce concluded shortly before the filing of this bankruptcy, and my monthly child support amount was reduced in the final divorce order from the higher amount that was in place under the temporary order during the course of the divorce case.

Drafted By: Anton B. Nickolai
State Bar No. 1060676
Nickolai & Poletti, LLC
308 Milwaukee Avenue
Burlington, WI 53105
Telephone: (262) 757-8444
Facsimile: (262) 287-9725
anton@nickolailaw.com

10. To summarize, I am current on post-filing child support in this present case, my medical issues have been resolved, my income has increased and my child support obligation has been decreased.

11. I take the position that I have experienced a positive change in financial and personal circumstances since the dismissal of my last case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 30, 2016.

Signature:     /s/ Bryan S. Buchert    .
                    Bryan S. Buchert, Debtor