**Nickolai & Poletti, LLC**
152 E. State St.
Burlington, WI 53105
United States
262-757-8444



**Bryan Buchert**
N6753 Clubhouse Drive
Elkhorn, WI 53121
United States

| | |
|---|---|
| **Balance** | $5,000.00 |
| **Invoice #** | 04447 |
| **Invoice Date** | February 8, 2018 |
| **Payment Terms** | |
| **Due Date** | |

## Buchert, Bryan -DISMISSED 2016 Chapter 13 Bankruptcy

## Time Entries

| Date | EE | Activity | Description | Rate | Hours | Line Total |
|---|---|---|---|---:|---:|---:|
| 02/24/2016 | ABN | Initial consultation | Consultation with client to discuss bankruptcy filing. | 230.00 | 1.2 | 276.00 |
| 03/15/2016 | ABN | Review | Review client's financial records. | 230.00 | 1.0 | 230.00 |
| 03/15/2016 | ABN | Draft | Draft emergency petition. | 230.00 | 0.5 | 115.00 |
| 03/16/2016 | ABN | Office conference with client | Conference with client to filing for emergency petition | 230.00 | 1.0 | 230.00 |
| 03/16/2016 | KK | File pleadings with Court | File emergency petition with court. | 100.00 | 0.3 | 30.00 |
| 03/22/2016 | KK | Review | Review proof of claim #1. | 100.00 | 0.1 | 10.00 |
| 03/22/2016 | ABN | Draft | Draft and file motion to continue stay. | 230.00 | 0.4 | 92.00 |
| 03/22/2016 | KK | Service of Process | Serve motion to continue stay. | 100.00 | 0.1 | 10.00 |
| 03/22/2016 | KK | Review | Review proof of claim #2. | 100.00 | 0.1 | 10.00 |
| 03/29/2016 | KK | Draft | Draft remaining case documents. | 100.00 | 0.9 | 90.00 |
| 03/30/2016 | KK | Review | Review proof of claim #4. | 100.00 | 0.1 | 10.00 |
| 03/30/2016 | ABN | Conference | Review and sign documents with client. | 230.00 | 0.5 | 115.00 |
| 03/31/2016 | ABN | Email | Review email from secured creditor regarding dispute with plan. | 230.00 | 0.2 | 46.00 |
| 04/05/2016 | ABN | Email | Review email from secured creditor regarding continued dispute with plan. | 230.00 | 0.2 | 46.00 |
| 04/07/2016 | KK | Review | Review proof of claim #5. | 100.00 | 0.1 | 10.00 |
| 04/11/2016 | ABN | Draft | Draft proposed order on continue stay motion. | 230.00 | 0.2 | 46.00 |
| 04/12/2016 | KK | Draft | Draft and file amended creditor matrix. | 100.00 | 0.1 | 10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 04/12/2016 | ABN | Review | Review motion to dismiss filed by trustee. Email to client regarding the same. | 230.00 | 0.3 | 69.00 |
| 04/12/2016 | KK | Draft | Draft objection to motion to dismiss. | 100.00 | 0.3 | 30.00 |
| 04/12/2016 | ABN | Email | Email to trustee's office. | 230.00 | 0.1 | 23.00 |
| 04/13/2016 | WPN | Court appearance | Attend 341 hearing. | 200.00 | 0.8 | 160.00 |
| 04/14/2016 | ABN | Email | Email exchange with GM Financial regarding debtor's former spouse's vehicle and treatment of claim. | 230.00 | 0.3 | 69.00 |
| 04/19/2016 | KK | Review | Review claim #8 | 100.00 | 0.1 | 10.00 |
| 04/22/2016 | KK | Review | Review amended claim #1. | 100.00 | 0.1 | 10.00 |
| 05/06/2016 | ABN | Email | Email exchange with Chapter 13 trustee regarding case. | 230.00 | 0.3 | 69.00 |
| 06/01/2016 | ABN | Email | Email exchange with trustee's office regarding stipulation. | 230.00 | 0.2 | 46.00 |
| 06/03/2016 | KK | Review | Review claim #9. | 100.00 | 0.1 | 10.00 |
| 06/08/2016 | KK | Review | Review claim #10. | 100.00 | 0.1 | 10.00 |
| 06/14/2016 | ABN | Email | Email exchange with trustee regarding plan and secured claims not in plan. | 230.00 | 0.3 | 69.00 |
| 07/08/2016 | KK | Review | Review claim #11. | 100.00 | 0.1 | 10.00 |
| 07/13/2016 | WPN | Court appearance | Attend adjourned 341 meeting. | 230.00 | 0.9 | 207.00 |
| 08/17/2016 | WPN | Court appearance | Attend adjourned 341 meeting. | 230.00 | 1.1 | 253.00 |
| 08/22/2016 | ABN | Review | Review trustee's motion to dismiss. Email to client regarding the same. | 230.00 | 0.3 | 69.00 |
| 08/25/2016 | ABN | Telephone call with client | Telephone call with client regarding status of case and other issues. | 230.00 | 0.5 | 115.00 |
| 09/12/2016 | KK | Draft | Draft and file objection to motion to dismiss. | 100.00 | 0.3 | 30.00 |
| 09/20/2016 | WPN | Court appearance | Attend motion hearing. Preparation for hearing prior to hearing. | 230.00 | 1.3 | 299.00 |
| 09/20/2016 | ABN | Draft | Draft and file amended schedules. | 230.00 | 0.3 | 69.00 |
| 09/20/2016 | ABN | Email | Email to trustee's office regarding family court case information requested by trustee. | 230.00 | 0.2 | 46.00 |
| 10/10/2016 | KK | Telephone call | Called client to request that fax is re-sent | 100.00 | 0.2 | 20.00 |
| 10/21/2016 | ABN | Draft | Draft amended schedules. | 230.00 | 0.3 | 69.00 |
| 11/10/2016 | ABN | Email | Email exchange with creditor GM Financial regarding debtor's former spouse's vehicle. | 230.00 | 0.3 | 69.00 |
| 11/11/2016 | ABN | Telephone call | Telephone call with GM financial regarding emails and Chapter 13 case. | 230.00 | 0.6 | 138.00 |
| 11/18/2016 | ABN | Review | Review motion for relief from stay. Email to client. | 230.00 | 0.3 | 69.00 |
| 01/04/2017 | ABN | Review | Review motion for relief from stay. Email to client. | 230.00 | 0.3 | 69.00 |
| 01/09/2017 | ABN | Telephone call with client | Telephone call with client regarding motion for relief from stay. | 230.00 | 0.4 | 92.00 |

| Date | Atty | Type | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| 02/27/2017 | ABN | Email | Email exchange with Attorney Schinmke of trustee's office regarding resolution of motion to dismiss. | 230.00 | 0.2 | 46.00 |
| 05/19/2017 | WPN | Telephone call | Discussed surrendering vehicle to Santander and steps needed to secure a new loan approval by the trustee. | 230.00 | 0.5 | 115.00 |
| 05/23/2017 | WPN | Telephone call | Left message for car dealer regarding possible vehicle purchase. Noted file. | 230.00 | 0.3 | 69.00 |
| 05/24/2017 | ABN | Telephone call | Telephone conference with car dealer regarding possible purchase, and follow up email regarding trustee procedure. | 230.00 | 0.5 | 115.00 |
| 06/05/2017 | WPN | Telephone call with client | Reviewed case status, discussed issue with former landlord and why so few payments have been made by Truste | 230.00 | 0.5 | 115.00 |
| 06/06/2017 | KK | Email | Gather Schedule & Claim print out showing Daniel Carmody is listed in BK, per client's request. Emailed to client. | 100.00 | 0.3 | 30.00 |
| 06/07/2017 | KK | Telephone call with client | Telephone call with client regarding case. | 100.00 | 0.4 | 40.00 |
| 06/15/2017 | KK | Review | Review amended claim #8. | 100.00 | 0.1 | 10.00 |
| 07/14/2017 | ABN | Telephone call with client | Telephone call with client regarding status of case. | 230.00 | 0.5 | 115.00 |
| 09/21/2017 | ABN | Review | Review order to show cause issued to debtor and trustee. | 230.00 | 0.3 | 69.00 |
| 09/25/2017 | ABN | Review | Review trustee's untimely objection to plan. | 230.00 | 0.3 | 69.00 |
| 10/06/2017 | ABN | Draft | Draft and file motion to confirm plan. | 230.00 | 0.5 | 115.00 |
| 10/13/2017 | WPN | Telephone call with client | Discussed status of case and client inquiry regarding plan payments. | 230.00 | 0.5 | 115.00 |
| 10/17/2017 | WPN | Court appearance | Hearing on Trustee's Objection to Plan and order to show cause. | 230.00 | 1.2 | 276.00 |
| 10/23/2017 | WPN | Telephone call with client | Discussed hearing last week and Trustee's position regarding plan and tax issues. | 230.00 | 0.5 | 115.00 |
| 11/01/2017 | WPN | Telephone call with client | Discussed alternative for case going forward. | 230.00 | 0.4 | 92.00 |
| 11/29/2017 | WPN | Telephone call | Review telephone message left by client. | 230.00 | 0.1 | 23.00 |
| 11/30/2017 | ABN | Draft | Draft and file amended plan. | 230.00 | 0.4 | 92.00 |
| 12/01/2017 | KK | Service of Process | Serve amended plan. | 100.00 | 0.2 | 20.00 |
| 12/07/2017 | ABN | Email | Email from trustee's office regarding amended plan. | 230.00 | 0.2 | 46.00 |
| 01/11/2018 | ABN | Telephone call with client | Telephone conference with client regarding status of case and options going forward. | 230.00 | 0.5 | 115.00 |
| 01/29/2018 | KK | Draft | Draft voluntary motion to dismiss case and proposed order. | 100.00 | 0.4 | 40.00 |
| 02/06/2018 | KK | Email to client | Called to confirm Dismissal Order has been signed. Client requested copy be emailed. | 100.00 | 0.2 | 20.00 |
| 02/08/2018 | KK | Draft | Draft application for compensation. | 100.00 | 1.0 | 100.00 |

| Date | EE | Activity | Description | | | |
|---|---|---|---|---:|---:|---:|
| 02/08/2018 | ABN | Review | Review and finalize fee application as well as supporting exhibits. | 230.00 | 0.3 | 69.00 |
| | | | Totals: | | **27.7** | **$5,606.00** |

## Expenses

| Date | EE | Activity | Description | Cost | Quantity | Line Total |
|---|---|---|---|---:|---:|---:|
| 03/22/2016 | KK | Postage | Printing Costs: 48 X .15 = 7.20<br>Postage Costs: 24 at the 1oz rate = 11.76 | 18.96 | 1.0 | 18.96 |
| 04/12/2016 | KK | Postage | Printing Costs: 8 X .15 = 5.00<br>Postage Costs: 1 at the 1oz rate = .47 | 5.47 | 1.0 | 5.47 |
| 12/05/2017 | KK | Postage | Printing Costs: 126 X .15 = 18.90<br>Postage Costs: 42 at the 1oz rate = 19.32 | 38.22 | 1.0 | 38.22 |
| | | | | | Expense Total: | **$62.65** |

## Adjustments

| Item | Applied To | Type | Description | Basis | Percent | Line Total |
|---|---|---|---|---:|---:|---:|
| Discount | Time Entries | % - Percentage | COURTESY DISCOUNT | 5,606.00 | 11.9274% | (668.65) |
| | | | | | Discount Total: | **$(668.65)** |

| | |
|---|---:|
| Time Entry Sub-Total: | 5,606.00 |
| Expense Sub-Total: | 62.65 |
| **Sub-Total:** | 5,668.65 |
| Discounts: | (668.65) |
| **Total:** | 5,000.00 |
| **Amount Paid:** | 0.00 |
| **Balance Due:** | **$5,000.00** |